## CAMERON M. HAYWARD *v.* JAMES R. W. HAYWARD
## (AC 16496)

Foti, Lavery and Daly, Js.

Argued June 2—officially released June 30, 1998

Per Curiam. The judgment is affirmed.

## LINDA MAHON *v.* JEFFREY L. MOORMAN
## (AC 17393)

Lavery, Schaller and Dupont, Js.

Submitted on briefs June 5—officially released June 30, 1998

Per Curiam. The judgment is affirmed.

## FRANCIS J. WIATR *v.* NANCY S. WIATR
## (AC 17632)

Foti, Hennessy and Sullivan, Js.

Submitted on briefs June 5—officially released June 30, 1998

Per Curiam. The judgment is affirmed.

## PAUL REEDER *v.* ZOHNE INDUSTRIES ET AL.
## (AC 18023)

Foti, Hennessy and Sullivan, Js.

Submitted on briefs June 5—officially released June 30, 1998

Per Curiam. The decision of the workers' compensation review board is affirmed.